ALBERGER GAS ENGINE CO. v. ROSS HEATER & MFG. CO., Inc., et al.

(Circuit Court of Appeals, Second Circuit. June 12, 1923.)

No. 278.

1. Patents ⬤⟹328—Reissue 14,906, for expansion joint, valid and infringed.

The Bogart reissue patent, No. 14,906 (original No. 1,319,457), for improvement in expansion joints, *held* valid and infringed as to claims 1, 2, 4, 5, and 6.

2. Patents ⬤⟹328—1,336,924, for expansion joint, not infringed.

The Ruppel patent, No. 1,336,924, for expansion joint, claims 1 and 2, *held* not infringed.

Appeal from the District Court of the United States for the Western District of New York.

Suit in equity by the Alberger Gas Engine Company against the Ross Heater & Manufacturing Company, Inc., and Scott C. Ross. Decree for complainant, and defendants appeal. Affirmed.

For opinion below, see 285 Fed. 35.

Drury W. Cooper, of New York City, and J. William Ellis, of Buffalo, N. Y., for appellants.

John S. Powers, of Buffalo, N. Y., for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. [1, 2] Decision in this cause depends wholly on the facts as found—a phrase which includes the meaning of "specification"—words used in disclosing invention. The law is not doubtful when the facts are ascertained.

Upon consideration of the evidence, we agree with Judge Hazel's findings of fact, and the decree is affirmed, with costs, on the opinion below.